United States District Court
Northern District of California

1

2

3

4

5

6                        UNITED STATES DISTRICT COURT

7                       NORTHERN DISTRICT OF CALIFORNIA

8

9      IN RE: DEBBIE REID O'GORMAN              Case No. 24-cv-00782-JD

10

11                                             ORDER

12

13

14

15          In this bankruptcy appeal, the appellant, Grant Reynolds Revocable Living Trust Dated

16   September 25, 2020, is purporting to proceed "in pro per" through Grant Reynolds.  Dkt. No. 1 at

17   ECF pp. 4-5.  Reynolds has also filed for the Trust an "ex parte application for order shortening

18   time for hearing on motion to issue a notice pf pending action."  Dkt. No. 4.

19          There is no indication that Reynolds is a lawyer.  "Although a non-attorney may appear *in*

20   *propria persona* in his own behalf, that privilege is personal to him.  He has no authority to appear

21   as an attorney for others than himself."  *C.E. Pope Equity Trust v. United States*, 818 F.2d 696,

22   697 (9th Cir. 1987) (citations omitted).  Reynolds' status as a "trustee," Dkt. No. 4 at 3, makes no

23   difference on this issue.  *See C.E. Pope Equity Trust*, 818 F.2d at 698 (trustee status does not

24   "include[] the right to present arguments *pro se* [for the trust] in federal court"); *see also* Civil

25   L.R. 3-9(b) ("A corporation, unincorporated association, partnership or other such entity may

26   appear only through a member of the bar of this Court.").  The Court notes that the transmittal

27   notice of the bankruptcy appeal, Dkt. No. 1 at ECF p.1, also indicates that the filing fee has not

28   been paid.

1      The ex parte application, Dkt. No. 4, is consequently terminated, and this appeal will be

2  dismissed unless the Trust appears through counsel and pays the filing fee by February 29, 2024.

3      **IT IS SO ORDERED.**

4  Dated:  February 15, 2024

5

6  _____

7  JAMES DONATO
   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2